**STATE v. BALDWIN**

[347 N.C. 348 (1997)]

STATE OF NORTH CAROLINA v. ARTHUR EDWARD BALDWIN

No. 126PA97

(Filed 7 November 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 to review a decision of the Court of Appeals, 125 N.C. App. 530, 482 S.E.2d 1 (1997), which granted a new trial to the defendant who had been convicted of first-degree murder and sentenced to life in prison by Wood, J., on 19 December 1995 in Superior Court, Forsyth County. Heard in the Supreme Court 16 October 1997.

*Michael F. Easley, Attorney General, by Jeffrey P. Gray, Assistant Attorney General, for the State-appellant.*

*J. Clark Fischer for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice ORR did not participate in the consideration or decision of this case.